Eastern District of Kentucky
**FILED**
FEB 0 2 2022
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

CIVIL ACTION NO. 7:22-cv-5-DLB

UNITED STATES OF AMERICA                                         PLAINTIFF

V.                                        **ORDER**

REAL PROPERTY KNOWN AS 509 TENTH STREET,
PAINTSVILLE, JOHNSON COUNTY, KENTUCKY,
WITH ALL IMPROVEMENTS AND
APPURTENANCES THEREON                                           DEFENDANT

\* \* \* \* \*

The United States having moved ex parte to unseal the case and to seal the Affidavit of Benjamin Shirley, Task Force Officer with the Drug Enforcement Administration, filed in support of the Verified Complaint for Forfeiture *In Rem*, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the motions to unseal the case and to seal the Affidavit of Benjamin Shirley [DE 1-1] are **GRANTED**. The Clerk is directed to unseal the case and to maintain the Affidavit under seal, except as to employees, contract employees, and agents of the United States Attorney's Office for the Eastern District of Kentucky and the DEA, until further order of the Court.

2 Feb. 22

Signed By:
*David L. Bunning*
United States District Judge