UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-5-DLB

UNITED STATES OF AMERICA                                                                                     PLAINTIFF

VS.                       **WARRANT OF ARREST *IN REM*__**

REAL PROPERTY KNOWN AS 509 TENTH STREET,
PAINTSVILLE, JOHNSON COUNTY, KENTUCKY,
WITH ALL IMPROVEMENTS AND
APPURTENANCES THEREON

2020 DODGE RAM 2500 BIGHORN EDITION TRUCK,
VIN 3C6UR5DL9LG125286

$39,406.30 SEIZED FROM THE TALMADGE GROUP, INC.,
PEOPLES BANK, ACCOUNT NUMBER 7321055401

$2,354.17 SEIZED FROM THE TALMADGE GROUP, INC.,
PEOPLES BANK, ACCOUNT NUMBER  7321056301                         DEFENDANTS

* * * * *

To the United States Marshals Service:

**WHEREAS**, on June 9, 2022, the United States filed an Amended Verified Complaint for Forfeiture *In Rem* in the United States District Court for the Eastern District of Kentucky against the above-named defendant personal property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

**WHEREAS**, the defendant vehicle and bank funds are currently in the possession, custody, or control of the United States; and

**WHEREAS**, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the arrest of the Defendant currency; and

**WHEREAS**, Supplemental Rule G(3)(c) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it;

**NOW, THEREFORE,** you are hereby commanded to arrest the defendant personal property, by serving a copy of this warrant on the custodian in whose possession, custody, or control the currency is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of the Court:

**YOU ARE FURTHER COMMANDED**, promptly after execution of this process, to file the same in this court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

This the 10th day of June, 2022.

ROBERT R. CARR
CLERK OF THE COURT

By: _____
tda

Prepared by:

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

/s Rajbir Datta
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507
Phone: (859) 685-4923

fax: (859) 233-2533
e-mail: rajbir.datta@usdoj.gov