UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-05-DLB

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                                           **STATUS REPORT**

REAL PROPERTY KNOWN AS 509 TENTH STREET,
PAINTSVILLE, JOHNSON COUNTY, KENTUCKY,
WITH ALL IMPROVEMENTS AND
APPURTENANCES THEREON, ET.AL.                                                     DEFENDANTS

* * * * *

The United States submits this Status Report in compliance with the Court's Order [DE 19] dated August 1, 2024. This civil forfeiture action, which was initiated in January 2022, has been stayed by this Court's Virtual Order [DE 6] given the pending related criminal investigation. That investigation has resulted in the return of an information against one of its targets, Don V. Bryson. [No. 7:24-cr-09-KKC: Information, DE 4.] Bryson pled guilty to a violation of 21 U.S.C. § 846 and agreed to the forfeiture of the real property known as 509 10th Street, Paintsville, Kentucky, which is also named as a defendant in this action. [No. 7:24-cr-09-KKC: Plea Agreement, DE 7.] The Court entered a forfeiture order against the real property, but it is not yet final. [No. 7:24-cr-09-KKC: Preliminary Judgment of Forfeiture, DE 11.] Bryson is scheduled to be sentenced on September 23, 2024. [*See* No. 7:24-cr-09-KKC: Sentencing Order, DE 9.]

Following entry of a final forfeiture order in the related criminal proceeding against Bryson, the United States will move to dismiss the real property from this action. Moreover, the related criminal investigation is ongoing, and the United States intends to seek the judicial forfeiture, through criminal or civil proceedings, of the additional property named as defendants in this action, i.e., a Dodge Ram Truck and funds seized from two bank accounts. Thus, this civil forfeiture action should remain open and stayed for now.[1] The United States anticipates concluding the related criminal investigation, and bringing any additional criminal charges, within the next six (6) months.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: /s/ Haley Trogdlen McCauley
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507
(859) 685-4831
haley.mccauley@usdoj.gov

---

[1] Notably, the United States has provided notice of this civil forfeiture action, and the stay of this action, to all known potential claimants, and no one has come forward to oppose the stay to date.