UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:22-CV-05-DLB

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                                          STATUS REPORT

REAL PROPERTY KNOWN AS 509 TENTH STREET,
PAINTSVILLE, JOHNSON COUNTY, KENTUCKY,
WITH ALL IMPROVEMENTS AND
APPURTENANCES THEREON, ET.AL.                                                   DEFENDANTS

\* \* \* \* \*

The United States submits this Status Report in compliance with the Court's Order [DE 21] dated August 16, 2024. This civil forfeiture action remains stayed pursuant to that same Order, given the pending related criminal investigation. As noted in the United States' last Status Report [DE 20], the investigation has resulted in the return of an information against one of its targets, Don V. Bryson. [No. 7:24-cr-09-KKC: Information, DE 4.] Bryson pled guilty to a violation of 21 U.S.C. § 846 and agreed to the forfeiture of the real property known as 509 10th Street, Paintsville, Kentucky, which is also named as a defendant in this action. [No. 7:24-cr-09-KKC: Plea Agreement, DE 7.] The Court entered a forfeiture order against the real property in that criminal action, but it is not yet final. [No. 7:24-cr-09-KKC: Preliminary Judgment of Forfeiture, DE 11.] Bryson's sentencing is on March 24, 2025. [No. 7:24-cr-09-KKC: Order, DE 15.]

The United States continues to intend to move to dismiss the real property from this action after entry of a final forfeiture order in the related criminal proceeding against Bryson, which will not occur until after his sentencing. The related criminal investigation remains ongoing, and the United States still intends to seek the judicial forfeiture, through criminal or civil proceedings, of the additional property named as defendants in this action, i.e., a Dodge Ram Truck and funds seized from two bank accounts. The United States anticipates concluding the related criminal investigation, and bringing any additional criminal charges, within the next ninety days. Thus, the United States requests that the stay persist throughout this time period and, thereafter, until the conclusion of any related criminal action.

        Respectfully submitted,

        CARLTON S. SHIER, IV
        UNITED STATES ATTORNEY

By:    /s/ Haley Trogdlen McCauley
        Assistant United States Attorney
        260 West Vine Street, Suite 300
        Lexington, Kentucky 40507
        (859) 685-4831
        haley.mccauley@usdoj.gov